946

## SMITH v. STATE.

No. 18673.

Court of Criminal Appeals of Texas.

Dec. 23, 1936.

Earl Shelton and Dwight Johnson, both of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.